UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Jessica Huebel,           )<br>    Plaintiff,           )<br>                                )<br>-v-                             )<br>                                )<br>Whirlpool Corporation,  )<br>    Defendant.          )<br>_____) | No. 1:16-cv-0896<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 9), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:   September 6, 2016            /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge

1